## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 14 B 41542 |
| | ) | |
| OSWALDO RODRIGUEZ, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |
| _____ | ) | |
| | ) | |
| AMERICREDIT FINANCIAL SERVICES, INC., | ) | |
| D/B/A GM FINANCIAL, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Adversary Case No. 15 A 00009 |
| | ) | |
| OSWALDO RODRIGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF FILING OF AMERICREDIT FINANCIAL SERVICES, INC., D/B/A GM FINANCIAL'S PRETRIAL BRIEF

VIA ELECTRONIC NOTICE:
To:   David M. Siegel, Esq. (Debtor's Counsel), David M. Siegel & Associates, 790 Chaddick Drive, Wheeling, Illinois 60090

   Please take notice that AmeriCredit Financial Services, Inc., d/b/a GM Financial's Pretrial Brief was electronically filed this date with the Clerk of the U.S. Bankruptcy Court for the Northern District of Illinois, a copy of which is hereby served upon you by electronic notice.

                              Respectfully submitted,
                              AMERICREDIT FINANCIAL SERVICES, INC.,
                              D/B/A GM FINANCIAL,
                              Creditor,
                              By: _____/s/ Cari A. Kauffman_____
                                    One of its attorneys

David J. Frankel (Ill. #6237097)
Cari A. Kauffman (Ill. #6301778)
Sorman & Frankel, Ltd.
180 N. LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312)332-3535
(312)332-3545 (facsimile)

## CERTIFICATE OF SERVICE

    The undersigned, an attorney, hereby certifies that I have served a copy of this Notice and AmeriCredit's Pretrial Brief upon the above-named persons by electronic filing on this 3rd day of December, 2015.

                                                          _____/s/ Cari A. Kauffman_____